## **DECLARATION**

This affidavit is submitted in support of a complaint for forfeiture of $140,956.00 U.S. Currency, seized from Gerrod DAVIS, at 95 Southbound Prior To MD 195, Baltimore, Maryland.

I, Kevin Ermer, Task Force Officer of the Drug Enforcement Administration, submit that there are sufficient facts to support a reasonable belief that the $140,956.00 U.S. Currency, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and (3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act in violation of 21 U.S.C. § 841 and thus is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

On September 30, 2020, at approximately 7:00 a.m. investigators were in the area of the 200 East Saratoga Street, Baltimore, MD. Investigators were in the area following up on a Controlled Dangerous Substance (CDS) tip regarding Gerrod DAVIS (hereinafter DAVIS). Investigators received information that DAVIS was involved in CDS distribution, and are aware of the fact that DAVIS has a criminal history to include multiple arrests regarding CDS and large amounts of U.S. currency. DAVIS is a previous subject of a Drug Enforcement Administration investigation.

At approximately 9:21 a.m., an investigator observed DAVIS exiting from the 222 Saratoga Apartments complex parking garage located at 222 East Saratoga Street, Baltimore, MD. An investigator observed DAVIS enter into the driver's door of Honda Odyssey bearing Maryland registration 9EF1602. Investigators are aware of the fact that the Honda Odyssey is registered to DAVIS, and previously observed DAVIS operating the Honda Odyssey. An

investigator observed DAVIS wearing dark colored sweat shirt and carrying a black draw string bag with NIKE written on the bag. As DAVIS exited the parking lot, investigators began mobile surveillance on DAVIS. During the surveillance of DAVIS, investigators observed the Honda stop and park briefly in numerous parking spots and observed DAVIS make u-turns during the course of the surveillance. I believed based on my training and experience that DAVIS was driving in a manner to conduct counter surveillance- i.e., to identify any vehicle that might be following his vehicle.

At approximately 12:09 pm, an investigator observed the Honda parking at the intersection of Davis Street and Saratoga Street Baltimore, MD. An investigator then observed DAVIS exit the Honda and did not observe DAVIS to be in possession of any bags or large objects. An investigator was inserted into 222 East Saratoga utilized surveillance cameras for 222 East Saratoga and observed DAVIS walk in the front door of the apartment complex.

At approximately 12:18 pm, an investigator observed DAVIS exiting from the parking garage of 222 East Saratoga with a black bag which appeared to be weighted down. After DAVIS exited the parking garage, an investigator observed DAVIS place an item into the rear driver's side passenger compartment of the van, and then observed DAVIS enter into the driver's side compartment of the Honda. DAVIS then exited the parking space and investigators continued mobile surveillance on DAVIS.

At approximately 12:27 p.m., Maryland Transportation Authority Police Officers McGowan and Grossnickle observed that the Honda was following too closely to the vehicle in front of it, which is a violation of Maryland Law. Additionally, the front windshield of the Honda had an illegal windshield tint which is also a violation of Maryland Law. Based on the aforementioned violations, Officers conducted a traffic stop southbound on Interstate 95 near

mile marker 48. During the traffic stop, officers requested the assistance of a CDS detection canine to respond to the traffic. Maryland State Trooper Fohs and his canine partner Bolt responded to the scene. Canine Bolt a certified CDS detection canine training to alert to heroin, cocaine, methamphetamine, and ecstasy, marihuana. Corporal Fohs and Canine Bolt initiated a free air sniff of the exterior of the Honda. During the sniff Corporal Fohs advised that Canine Bolt alerted to the presence of the odor of CDS. The canine team was on scene at approximately 12:33 p.m. and the canine scan of the vehicle was completed during the normal course of the traffic stop, as wanted and registration checks were being completed and the appropriate paperwork was being completed. Corporal Fohs advised a positive canine alert at approximately 12:35 p.m. After Canine Bolt alerted to the presence of the odor of CDS within the Honda's passenger compartment, officers conducted a search of the vehicle. During the search of the vehicle officers located a black bag similar to the bag with which investigators observed DAVIS exit 222 Saratoga, and inside of the bag, officers found U.S. currency. MDTA Officers did not conduct an official count of the U.S. currency, but believe that they recovered approximately $150,000. The currency was turned over to DEA Baltimore, and official count of the money totaled $140,956.00 U.S. Currency. The U.S. currency was bundled into 30 separate rubber-banded amounts of currency. Based on my training and experience, the packaging of currency in this way is consistent with the packaging of narcotics proceeds by individuals engaged in drug trafficking. Your affiant believes that the bulk currency are the proceeds of narcotics trafficking, based on the totality of the investigation. Furthermore, a secondary canine sniff of the currency, away from the vehicle, revealed a positive alert for the odor of CDS.

    MDTA Officers also seized approximately 4-5 cell phone from DAVIS's person and vehicle. While DAVIS was at MDTA Police Station, DAVIS was read his Miranda rights by

TFO Kevin Ermer. DAVIS stated that he understood his rights, and did not request the presence of an attorney. DAVIS claimed ownership of U.S. Currency that was in his jacket pocket, but stated that the black bag and the U.S. Currency in the black bag did not belong to him. More specifically, DAVIS initially acted like he did not know what was in the bag, because he asked TFO Ermer, "What's in the bag?" At that point TFO Ermer told DAVIS that a large amount of bundled U.S. Currency was in the bag, and DAVIS stated that it was not his. But also stated, "It aint illegal to have money!'

On September 30, 2020, investigators received a signed search and seizure warrant for 222 East Saratoga Street, Apartment 606, Baltimore, MD, signed by the Honorable Anthony F. Vittoria, Judge of the Baltimore City Circuit Court.

On September 30, 2020, at approximately 11:46 pm, investigators made entry into 222 East Saratoga Street, Apartment 606, Baltimore, MD. Megan ROBINSON (hereinafter ROBINSON) was inside of and the lone occupant of the apartment when investigators made entry. ROBINSON was positively identified by her Maryland Driver's License. ROBINSON was read her Miranda Warnings by an investigator, and upon hearing her Miranda Warnings agreed to speak with law enforcement. ROBINSON stated that she lived in the apartment by herself, but her boyfriend, Gerrod DAVIS (hereinafter DAVIS), stayed overnight at the apartment "from time to time".

During the search of the residence, investigators found Maryland Drivers' Licenses belonging to ROBINSON and DAVIS. Investigators also found mail addressed to ROBINSON and DAVIS throughout the apartment. An investigators recovered a money counter machine from the closest of the living room. I know from my training, knowledge, and experience that individuals involved in distribution of large amounts of CDS often utilize money counting

machines which can electronically and quickly count large amounts of money. Individuals engaged in distributing narcotics often utilize money county machines instead of utilizing banks and/or credit unions in an effort to avoid law enforcement being notified of large cash deposits and withdraws from bank accounts. Investigators also seized a plastic bag containing cocaine residue, from inside the residence.

Investigators also found a large number of rubber bands in a plastic bag inside of the apartment. I know through my training, knowledge, and experience that rubber bands are often utilized to package narcotics proceeds. It should also be noted that the U.S. Currency seized from the previously mentioned traffic was rubber-banded together.

During the search of the residence investigators found a heated brick press also known as a "kilo press". I know form my training, knowledge, and experience that a kilo press is utilized to re-package cocaine or heroin after an adulterated substance is added to the cocaine, fentanyl, or heroin, which is commonly referred to as "stepping" on the product. After the adulterated substance is added to cocaine, fentanyl, or heroin, the CDS is compressed into a brick like shape in order to be distributed for sale. "Stepping" on CDS is a process used by drug traffickers to increase their profit margins, by adding a less expensive adulterant to heroin, cocaine, fentanyl, or a combination of the substances, increasing the volume of the substances, therefore increasing the profit. I know from my knowledge, training, and experience that kilo presses are normally possessed by subjects engages in kilogram levels of CDS distribution, and someone who is a only a user of CDS would more than likely not possess a kilo press.

During the search of the residence ROBINSON began to appear nervous as investigators were taken pictures and seizing items from the residence. Prior to executing the search warrants investigators observed ROBINSON operating a Volkswagen Tiguan bearing Maryland

registration 9DS7700, and observed ROBINSON park the vehicle in a parking garage located at 310 Guilford Avenue, Baltimore, Maryland. Investigators asked ROBINSON where her vehicle was parked and she informed investigators that she believed that she parked on the street near the apartment. Investigators then advised ROBINSON that they did not see her vehicle on the street near 222 East Saratoga. ROBINSON then stated that she had parked her vehicle in a parking garage near the apartment complex. Investigators observed a Volkswagen key fob/remote and a key fob on the table located in the living room. ROBINSON stated the keys with the Volkswagen Key fob were hers and contained her car and apartment keys. Investigators went to the parking garage, where they previously observed ROBINSON park the Volkswagen, but were unable to gain access to the parking garage. Investigators asked ROBINSON if she had a key fob to enter into the parking garage where her vehicle was located. ROBINSON stated that she did not have a fob to enter the parking garage, and was only able to access her vehicle between the hours of approximately 7:00 am and 6:00 pm. Investigators utilized the fob attached to ROBINSON keys and were able to enter the parking garage and located her Volkswagen bearing Maryland registration 9DS7700.

Investigators requested the assistance of a CDS detection canine to respond to the scene to conduct an exterior scan of the Volkswagen. Corporal Lively and his canine partner Leo responded to the scene to conduct an exterior scan of the Volkswagen. At approximately 1:15 a.m., Corporal Lively advised that Leo alerted to the presence of the odor of CDS during the exterior scan of the vehicle. Leo is a certified CDS detection canine certified in the odors of cocaine, heroin, methamphetamine, ecstasy, and marihuana and furthermore, has been proven reliable in past investigations. I know through my training, knowledge, and experience that

individuals involved in distribution of CDS will often distance themselves from vehicle and residences in an effort to thwart law enforcement from locating CDS or proceeds of CDS.

Investigators requested a tow truck to respond to the parking garage in order tow the Volkswagen to a secure location. The vehicle was towed to and remained in a secure law enforcement facility, pending the application for a search warrant for the Volkswagen.

On November 1, 2020, Detective Jason Stevens applied for and was granted a search and seizure warrant signed for the aforementioned Volkswagon signed by the Honorable Baltimore City Circuit Court Judge Kevin Wilson.

On October 1, 2020 at approximately 4:35 pm, investigators executed a search warrant on the Volkswagon. The Volkswagen was previously towed to the Baltimore District Office.

During the search of the vehicle investigators recovered a clear sandwich style bag containing approximately 12 grams of cocaine. Investigators also seized approximately 2-3 pounds of marijuana.

The U.S. Currency seized from this aforementioned incident is suspected proceeds of CDS distribution.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. § 1746 THAT THE FACTS SUBMITTED BY THE MARYLAND TRANSPORTATION AUTHORITY POLICE IN REFERENCE TO THE SEIZURE OF $140,956.00 UNITED STATES CURRENCY, SEIZED FROM GERROD DAVIS AT I-95 SOUTHBOUND PRIOR TO MD 195, BALTIMORE, MARYLAND ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Kevin Ermer
Task Force Officer
Drug Enforcement Administration